James B. Davidson (11985)
jbd@aterwynne.com
Lori Irish Bauman [*Pro Hac Vice* Admission]
lib@aterwynne.com
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR  97209-3280
Telephone:    (503) 226-1191
Facsimile:    (503) 226-0079

John P. Harrington (5242)
jharrington@hollandhart.com
Cecilia M. Romero (9570)
cmromero@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone:    (801) 799-5800
Facsimile:    (801) 799-5700

*Attorneys for Plaintiff, Federal Deposit Insurance Corporation
          as Receiver for Centennial Bank*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR CENTENNIAL BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>CLINT E. WILLIAMS, SUZANNE GNEHM, LARRY E. GRANT, W. ALAN THOMSON, BRUCE H. JONES, R. SCOTT PRIEST, and NEIL J. WALL,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:13-cv-00883<br><br>Judge Dee V. Benson |

Based on the Joint Motion and Stipulation of Plaintiff Federal Deposit Insurance Corporation as Receiver for Centennial Bank ("FDIC-R") and Defendants Clint E. Williams, Suzanne Gnehm, Larry E. Grant, W. Alan Thomson, Bruce H. Jones, R. Scott Priest, and Neil J. Wall ("Defendants") and good cause appearing therefore, including the parties' settlement of all claims and defenses asserted in this action,

IT IS HEREBY ORDERED THAT all claims asserted by FDIC-R against Defendants and all claims and defenses asserted by Defendants in the above-captioned matter shall be dismissed with prejudice, with each party to pay their own respective costs, attorneys' fees, mediation fees and expert fees.

Dated this 12th day of February, 2015.

**BY THE COURT:**

_____
The Honorable Dee V. Benson
U.S. District Court Judge

**APPROVED AS TO FORM AND CONTENT:**


/s/ John P. Harrington
John P. Harrington (5242)
Cecilia M. Romero (9570)
HOLLAND & HART LLP

James B. Davidson (11985)
Lori Irish Bauman [P*ro Hac Vice* Admission]
ATER WYNNE LLP

*Attorneys for Plaintiff*
*Federal Deposit Insurance Corporation as Receiver for Centennial Bank*

/s/ Gregory C. Scaglione
Gregory C. Scaglione
Minja Herian
KOLEY JESSEN P.C., L.L.O

Joann Shields
SHIELDS LAW FIRM

*Attorneys for Defendants Clint E. Williams,
Suzanne Gnehm, Larry E. Grant, W. Alan Thomson,
Bruce H. Jones, R. Scott Priest, and Neil J. Wall*